**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRADIS HEALTHCARE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>KAREWAY PRODUCT INC., et al.<br><br>  Defendants. | CV 19-687 PA (SKx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's April 23, 2019 minute order dismissing Stradis Healthcare, LLC's Second Amended Complaint for lack of subject matter jurisdiction without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 23, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE